USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE HARRELL, *individually and as administratrix of the estate of Samuel D. Harrell, III, deceased,*

Plaintiff,

v.

JOSEPH GUARINO, *DOCCS Corrections Sergeant, in his individual capacity, et al.,*

Defendants.

No. 15-CV-7065 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 20, the parties submitted a joint letter advising the Court that a settlement was reached in the related action, based on the same allegations raised in this lawsuit, brought by Plaintiff in the New York State Court of Claims. The letter stated that the parties intend to execute a stipulation of dismissal in the Court of Claims action of all Defendants in this matter within approximately 60 days. At that time, the parties will provide the Court with a status update.

Accordingly, the initial status conference scheduled for January 3, 2020 is adjourned to February 21, 2020 at 10:45 a.m. The parties' joint letter and proposed case management plan is due no later than February 14.

SO ORDERED.

Dated: December 30, 2019
New York, New York

Ronnie Abrams
United States District Judge