> Application granted. The initial status conference scheduled for February 21, 2020 is adjourned to May 22, 2020 at 10:15 a.m. The parties' joint letter and proposed case management plan shall be due no later than May 15, 2020.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 7, 2020



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6295

February 6, 2019

**By ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Harrell v. DOCCS, et al., 15 Civ. 7065 (RA)

Dear Judge Abrams:

This letter is being jointly submitted by the parties to respectfully request a ninety-day extension of the dates in the Court's December 30, 2019 Order (ECF No. 226). As discussed in the Defendants' December 20, 2019 letter (ECF No. 225), a settlement was reached in the related action brought by Plaintiff in the New York State Court of Claims. Plaintiff's counsel is taking necessary steps in New York Surrogate's Court before a Stipulation of Settlement can be executed in the Court of Claims action by Plaintiff and the Claims Bureau of this Office on behalf of the State of New York. However, one of the main attorneys representing Plaintiff, Luna Droubi, is currently on maternity leave and will not be returning until April 1. The additional time will allow Plaintiff's counsel to complete and file the wrongful death compromise petition with the Surrogate's Court and, upon receiving Surrogate's Court approval, complete the necessary settlement paperwork for the Court of Claims action. At that time, the parties in this action will execute and submit a Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure of the federal action.

Therefore, the parties in this action jointly request a ninety-day adjournment of the initial status conference currently scheduled for 10:45 a.m. on February 21, 2020, as well as the February 14, 2020 deadline to submit a joint letter and proposed case management plan.

Respectfully submitted,

/s/ *Maria Hartofilis*
Maria Hartofilis
Assistant Attorney General
Maria.Hartofilis@ag.ny.gov

cc: Counsel for Plaintiff
**By ECF**