USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE HARRELL, *individually and as
administratrix of the estate of Samuel D.
Harrell III*,

                Plaintiff,

      v.

JOSEPH GUARINO, *DOCCS Corrections
Sergeant*, *et al.*,

                Defendants.

15-CV-7065 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by May 15, 2020, as directed in the Court's August 15, 2019 Order. Dkt. 215. If the parties are unable to submit their joint letter and proposed case management plan by May 15, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    May 13, 2020
          New York, New York

RONNIE ABRAMS
United States District Judge