```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE HARRELL, *individually and as administratrix of the estate of Samuel D. Harrell III*,

        Plaintiff,

v.

JOSEPH GUARINO, *DOCCS Corrections Sergeant et al.*,

        Defendants.

15-CV-7065 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person, but rather by telephone. The dial-in information is below:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

Counsel should still submit their joint letter and proposed case management plan by July 24, 2020, as directed in the Court's May 18, 2020 Order. Dkt. 231. If the parties are unable to submit their joint letter and proposed case management plan by July 24, they shall request an extension to do so. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 20, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge