

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

July 20, 2020

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.  The initial status conference is adjourned to October 9, 2020 at 10:45 a.m.  The parties' joint letter and proposed case management plan is due no later than October 2, 2020.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 21, 2020

Re: <u>Harrell v. DOCCS, et al.</u>, 15 Civ. 7065 (RA)

Dear Judge Abrams:

This letter is being jointly submitted by the parties to respectfully request a sixty-day extension of the dates in the Court's May 18, 2020 Order (ECF No. 231).  As discussed in the parties' previous letters, a settlement was reached in the related action brought by Plaintiff in the New York State Court of Claims.  Plaintiff's counsel just obtained a decree from New York Surrogate's Court necessary to execute the settlement on July 14, 2020. A Stipulation of Settlement is now being prepared to be executed in the Court of Claims action by Plaintiff and the Claims Bureau of this Office on behalf of the State of New York.  At that time, the parties in this action will execute and submit a Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure of the federal action.  Therefore, the parties in this action jointly request a sixty-day adjournment of the initial status conference currently scheduled for 11:00 a.m. on July 31, 2020, as well as the July 24, 2020 deadline to submit a joint letter and proposed case management plan.  The additional time is needed to finalize and submit the necessary paperwork and filings.

Thank you for your consideration of this application.

Respectfully submitted,
*/S Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
Brendan.Horan@ag.ny.gov

cc: Counsel for Plaintiff (**BY ECF**)