

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

October 1, 2020

**BY ECF**  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Application granted.  The initial conference scheduled for October 9, 2020 is hereby adjourned to December 11, 2020 at 10:30 a.m.  No later than December 4, 2020, the parties shall file their joint letter and proposed case management plan.
SO ORDERED.

Hon. Ronnie Abrams
10/2/2020

Re:   <u>Harrell v. DOCCS, et al.</u>, 15 Civ. 7065 (RA)

Dear Judge Abrams:

  This letter is being jointly submitted by the parties to respectfully request a sixty-day extension of the dates in the Court's July 21, 2020 Order (ECF No. 234).  As discussed in the parties' previous letters, a settlement was reached in the related action brought by Plaintiff in the New York State Court of Claims.  Plaintiff's counsel obtained a decree from New York Surrogate's Court necessary to execute the settlement on July 14, 2020. Since then, a Stipulation of Settlement was executed in the Court of Claims action by Plaintiff and the Claims Bureau of this Office on behalf of the State of New York. However, additional time is needed in order to finalize the payment of the structured settlement in that case. This involves coordinating with an annuity company and the NYS Comptroller's Office, which is taking longer than anticipated. Once that process is completed, the parties in this action will execute a Stipulation of Dismissal of the federal matter, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Therefore, the parties in this action jointly request a sixty-day adjournment of the initial status conference currently scheduled for 10:45 a.m. on October 9, 2020, as well as the October 2, 2020 deadline to submit a joint letter and proposed case management plan.

  Thank you for your consideration of this application.

Respectfully submitted,  
*/S Brendan M. Horan*  
Brendan M. Horan  
Assistant Attorney General  
Brendan.Horan@ag.ny.gov

cc:   Counsel for Plaintiff (**BY ECF**)