```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANE HARRELL, Individually and as            :    15 Civ. 7065 (RA)
Administratrix of the Estate of Samuel D.     :
Harrell, III, Deceased,                       :    **STIPULATION, ORDER AND**
                                              :    **JUDGMENT OF DISMISSAL**
                        Plaintiff,            :    **PURSUANT TO FRCP 41(a)(2)**
                                              :
        - against -                           :
                                              :
JOSEPH GUARINO, DOCCS Corrections             :
Sergeant, in his Individual Capacity, et al., :
                                              :
                        Defendants.           :
------------------------------------------------------------------X
```

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Plaintiff, Diane Harrell, Individually and as Administratix of the Estate of Samuel D. Harrell, III, Deceased, and the attorneys for Plaintiff and Defendants, parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person, and no person not a party has an interest in the subject matter of the action;

      Pursuant to Federal Rule of Civil Procedure 41(a) (2), Plaintiff hereby stipulates and agrees that, upon the Court's order, all claims against defendants Maura Endrizzi, Jason Laughman,[1] Maria Zaprowski, Alan Washer, John Carreras, Joseph Guarino, Terry Shultis, Thomas Dickinson, Bryan Eull, Paul Harrington, Benjamin Mathew, Mario Morel, Robert Michels, Rutger Rivera, John Rolle, Tim Salerno, Chris Sherman, Justin Sorenson, John Yager, Frederick Belanger, Shawna Healy, Margaret Berry, Seleste Wallace, Marianne Sarvis, and Shirley Roberts, in the above-captioned action, shall be and are hereby dismissed with prejudice, without costs, expenses or fees against any party;

      Plaintiff discharges and releases Defendants, the New York State Department of Corrections and Community Supervision, including its officers, agents and employees, and the

---

[1] Nurse Laughman is sued in this action as "Laufman."

State of New York, including its agencies, subdivisions, officers, agents and employees, of any and all claims, demands, or causes of actions, known or unknown, now existing or hereafter arising, which relate in any way to the subject matter of this action;

The parties hereby stipulate and agree that the signatures appearing below will be deemed to be originals.

After due deliberation, the Court HEREBY ORDERS, DECREES AND ADJUDGES that all of the claims asserted against defendants Maura Endrizzi, Jason Laughman, Maria Zaprowski, Alan Washer, John Carreras, Joseph Guarino, Terry Shultis, Thomas Dickinson, Bryan Eull, Paul Harrington, Benjamin Mathew, Mario Morel, Robert Michels, Rutger Rivera, John Rolle, Tim Salerno, Chris Sherman, Justin Sorenson, John Yager, Frederick Belanger, Shawna Healy, Margaret Berry, Seleste Wallace, Marianne Sarvis, and Shirley Roberts, in the above captioned case, shall be, and are hereby dismissed in their entirety, with prejudice.

Dated: New York, New York
~~November~~  2  , 2020
    **December**

                             LETITIA JAMES
                             Attorney General
                             State of New York
                             <u>Attorney for Defendants</u>
                             28 Liberty Street, 18th Floor
                             New York, New York 10005
                             (212) 416-6295

                             By:  *Maria B. Hartofilis*
                                   Maria B. Hartofilis

Dated: New York, New York
      ~~November~~ 2 , 2020
       December

                             BELDOCK LEVINE & HOFFMAN LLP
                             <u>Attorneys for Plaintiff</u>
                             99 Park Avenue
                             PH/26th Fl.
                             New York, New York 10016
                             (212) 277-5875

                             By: _____
                                  Luna Droubi

Dated: _____, New York
       November___, 2020

                             _____
                             Diane Harrell,
                             Individually and as Administratix of
                             the Estate of Samuel D. Harrell, III, Deceased
                             Plaintiff

## ACKNOWLEDGMENT

       On the _____ day of November, 2020, before me came_____, known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed on the within instrument, and acknowledged to me that he executed the same.

                             _____
                             Notary Public#

Dated: New York, New York
       November ____, 2020

                              LETITIA JAMES
                              Attorney General
                              State of New York
                              <u>Attorney for Defendants</u>
                              28 Liberty Street, 18th Floor
                              New York, New York 10005
                              (212) 416-6295


                              By: _____
                                     Maria B. Hartofilis


Dated: New York, New York
      November___, 2020

                              BELDOCK LEVINE & HOFFMAN LLP
                              <u>Attorneys for Plaintiff</u>
                              99 Park Avenue
                              PH/26th Fl.
                              New York, New York 10016
                              (212) 277-5875


                              By: _____
                                     Luna Droubi


Dated: Kingston_____, New York
      ~~November~~ 2 , 2020
      December

                              */s/ Diane Harrell*
                              Diane Harrell,
                              Individually and as Administratix of
                              the Estate of Samuel D. Harrell, III, Deceased
                              Plaintiff

## ACKNOWLEDGMENT

                             December
               On the __2nd__ day of ~~November,~~ 2020, before me came__Diane Harrell_____,
known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed on the within instrument, and acknowledged to me that he executed the same.

                                                */s/*
                                              _____
                                              Notary Public#

Luna Droubi
Notary Public, State of New York
No. 02DR6322468
Qualified in New York County
Commission Expires April 6, 2023
By video pursuant to Executive Order 202.7

**SO ORDERED:**

Dated: New York, New York
November ____, 2020

_____
HON. RONNIE ABRAMS, U.S.D.J.

SO ORDERED. The conference scheduled for December 11, 2020 is adjourned. The Clerk of Court is respectfully directed to close this case.

_____
Hon. Ronnie Abrams
12/7/2020